## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

Case Number: 09-11736

Honorable: Patrick J. Duggan

Magistrate: Paul J. Komives

Claim Number: 1998A14197

Sharon E. Cato,

                Defendant,

---

Pamela S. Ritter
Attorney for Plaintiff
Holzman Ritter & Corkery PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
usa@holzmanlaw.com
P47886

Sharon E. Cato
In Pro Per Defendant
19665 Cameron
Detroit, Michigan 48203

---

## ORDER FOR ENTRY OF CONSENT JUDGMENT
## WITH PARTIAL PAYMENT PROVISIONS

      Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

      IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Sharon E. Cato, in the principal amount of $1,030.22, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of $2,627.47 owing as of May 11, 2009.

      IT IS FURTHER ORDERED that the Defendant, Sharon E. Cato, may satisfy said Judgment by making monthly payments of $65.00 beginning June 24, 2009. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: May 27, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 27, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager